*In re Dependency of D.L.B.*, No. 92448-1. Motion for discretionary review of a decision of the Court of Appeals, No. 72421-5-I, July 13, 2015, 188 Wn. App. 905. *Granted* February 10, 2016.

*Filo Foods, LLC, et al., Petitioners, v. City of Seatac et al., Respondents*, No. 90113-9. Petition for review of a decision of the Court of Appeals, No. 70758-2-I, February 10, 2014, 179 Wn. App. 401. *Denied* February 10, 2016.

*State, Petitioner, v. Nielsen, Respondent*, No. 91430-3. Petition for review of a decision of the Court of Appeals, No. 44052-1-II, December 16, 2014, 185 Wn. App. 1001. *Denied* February 10, 2016.

*State, Respondent, v. Gelin, Petitioner*, No. 91919-4. Petition for review of a decision of the Court of Appeals, No. 71204-7-I, June 15, 2015, 188 Wn. App. 1017. *Denied* February 10, 2016.

*State, Respondent, v. Reid, Petitioner*, No. 92111-3. Petition for review of a decision of the Court of Appeals, No. 46137-4-II, July 21, 2015, 188 Wn. App. 1063. *Denied* February 10, 2016.

*Palmer, Petitioner, v. Rainbow Factory Showroom, Respondent*, No. 92153-9. Petition for review of a decision of the Court of Appeals, No. 72227-1-I, July 27, 2015, 189 Wn. App. 1009. *Denied* February 10, 2016.

*State, Respondent, v. Sharrieff, Petitioner*, No. 92158-0. Petition for review of a decision of the Court of Appeals, No. 45876-4-II, July 28, 2015, 189 Wn. App. 1012. *Denied* February 10, 2016.

*Bear, Petitioner, v. Underwood, Respondent*, No. 92164-4. Petition for review of a decision of the Court of Appeals, No. 32127-4-III, May 26, 2015, 187 Wn. App. 1035. *Denied* February 10, 2016.